UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ALVAREZ-GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>    Defendant. | Case No. 16-cv-02395-SI<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 4 |

Defendant's motion to dismiss the complaint is scheduled for a hearing on July 8, 2016. Plaintiff's opposition to the motion was due May 23, 2016. Plaintiff did not file an opposition, and plaintiff has taken no action in this case since it was removed from state court on May 3, 2016.

The Court hereby VACATES the July 8, 2016 hearing. Plaintiff is ORDERED TO SHOW CAUSE in writing no later than June 15, 2016, why this case should not be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). **If plaintiff fails to respond to this order, the Court will dismiss this case without prejudice.** If plaintiff wishes to prosecute this case, the Court will set a new briefing schedule and hearing on defendant's motion to dismiss the complaint.

**IT IS SO ORDERED**.

Dated: June 6, 2016

                                                    SUSAN ILLSTON
                                                  United States District Judge