UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ALVAREZ-GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>    Defendant. | Case No. 16-cv-02395-SI<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. Nos. 4, 16 |

On June 14, 2016, plaintiff filed a response to the June 6, 2016 Order to Show Cause. Plaintiff states that after defendant filed the motion to dismiss, she intended to file an amended complaint to address the issues raised by defendant's motion. Plaintiff states that she failed to file a timely amended complaint due to the inadvertence of plaintiff's counsel in calendaring. Plaintiff requests the opportunity to file an amended complaint by June 21, 2016.

The Court GRANTS plaintiff's request. Plaintiff shall file an amended complaint by June 21, 2016. The Court DENIES as moot defendant's pending motion to dismiss the complaint.

**IT IS SO ORDERED**.

Dated: June 14, 2016

SUSAN ILLSTON
United States District Judge