UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSICA ALVAREZ-GARCIA,

    Plaintiffs,

v.

LABORATORY CORPORATION OF AMERICA HOLDINGS,

    Defendants.

Case No.  16-cv-02395-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 18, 2016 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: March 13, 2017.

DESIGNATION OF EXPERTS: 3/13/17; REBUTTAL: 4/3/17;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: April 17, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; April 7, 2017;
    Opp. Due: April 21, 2017; Reply Due: April 28, 2017;
    and set for hearing no later than May 12, 2017 at 10:00 AM.

PRETRIAL CONFERENCE DATE: June 27, 2017 at 3:30 PM.

JURY TRIAL DATE: July 17, 2017 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall be prepared to discuss an ADR procedure at the next case management conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 9/9/16

_____
SUSAN ILLSTON
United States District Judge